IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Lewis T. Babcock, Judge

Civil Action No. 10-cv-01383-LTB-MEH

MISTY STOKLEY,

     Plaintiff,

v.

UNITED STATES OF AMERICA,

     Defendant.

_____

## ORDER OF DISMISSAL

_____

THIS MATTER having come before the Court on the Joint Motion to Dismiss Pursuant to Fed. R. Civ. P. 41(a)(2) (Doc 35 - filed April 6, 2011), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

BY THE COURT:

    s/Lewis T. Babcock
LEWIS T. BABCOCK, JUDGE

DATED: April 7, 2011